IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS J. BRYANT,

      Petitioner,                  No. CIV S-05-1132 FCD GGH P

   vs.

TOM CAREY, Warden,

      Respondent.              ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition pursuant to 28 U.S.C. § 2254. By Order, filed on June 27, 2007, the stay imposed in this matter by Order, filed on March 28, 2006, was lifted and petitioner was directed to file an amended petition setting forth each of the exhausted claims upon which he intended to proceed. Petitioner had filed a voluminous document, including court transcripts and other exhibits, but it was unclear whether petitioner sought to proceed on claims 1, 2, 3, and 5 (as well as the previously exhausted claims), or had elected not to proceed as to certain claims. Therefore, petitioner was ordered to file an amended petition within 30 days, setting forth *all* the claims upon which he intends to proceed in this court.

      In his filing of a putative first amended petition, on July 17, 2007, petitioner once again filed a massive document, this time of nearly 275 pages, largely copies of court transcripts,

1

but did not comply with the court's order to set forth each ground for relief upon which he intended to proceed, stating, as follows, "[t]he ground [sic] enclosed here are the grounds that were exhausted in the lower courts. There were 3 other grounds raised on direct appeal as filed by the appellate attorney." First Amended Petition, p. 1. Petitioner then asks that the court to accept the enclosed "along with the 3 grounds" from the appeal.

The so-called first amended petition will be stricken from the docket. Petitioner will be given a final opportunity to set forth in a second amended petition *all* of the exhausted claims upon which he elects to proceed. He will be provided a form petition in order to do so, to which he may attach up to 15 additional pages, but no further exhibits at this time. With the striking of the first amended petition and the substitution of a second amended petition, the briefing schedule of this matter remains the same as set forth in the June 27, 2007 order, as set forth below.

Accordingly, IT IS ORDERED that:

1. Petitioner's first amended petition, filed on July 17, 2007, is stricken;

2. Petitioner is directed to file a second amended petition setting forth *all* claims upon which he elects to proceed within 30 days; petitioner is limited to filing a form petition to be provided by the court with no more than 15 additional pages attached and no further exhibits at this time.

3. Failure to comply with this order will result in a recommendation of dismissal of this matter;

3. Respondents are directed to file a response to petitioner's second amended habeas petition within 30 days of service of the amended petition. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the second amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within 30 days after service of the answer;

     5. If the response to the second amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within 30 days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

     6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

     7. The Clerk of the Court shall provide petitioner, along with this order, a copy of the form for filing a habeas petition, pursuant to 28 U.S.C. § 2254, used in this district.

DATED: 7/31/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brya1132.ord