IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS J. BRYANT,

      Petitioner,                    No. CIV S-05-1132 FCD GGH P

   vs.

TOM CAREY, Warden,

      Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The second amended petition was filed on August 14, 2007, and respondent was directed by order, filed July 31, 2007, to file a response to the second amended petition or a motion to dismiss within thirty days. Respondent has not filed a response to the second amended petition or a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the second petition for writ of habeas corpus or a motion to dismiss and shall show

\\\\\

\\\\\

\\\\\

\\\\\

1

cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

DATED: 11/7/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
brya1132.102